THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS TARPY, Appellant.

(Argued June 7, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Supreme Court, rendered November 26, 1914, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* for appellant.

*James C. Cropsey*, District Attorney (*Hersey Egginton* and *Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.